# United States District Court
## Eastern District of California

**FILED**
Oct 11, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**     **CRIMINAL COMPLAINT**

V.

**JONATHAN MICHAEL SUTCLIFFE**     **DOCKET NUMBER: 6:22-mj-00020-HBK**

I, **Jacob Blade,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Jonathan Michael SUTCLIFFE** did or was:

**Count 1:** Engage in fighting, threatening, or violent behavior in violation of Title 36 Code of Federal Regulations § 2.34(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Violate the lawful order of a government employee or agent authorized to maintain order and control public access and movement during law enforcement actions in violation of Title 36 Code of Federal Regulations § 2.32(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Operate a motor vehicle without due care or at a speed greater than that which is reasonable and prudent considering wildlife, traffic, weather, road and light conditions and road character in violation of Title 36 Code of Federal Regulations § 4.22(b)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Flee or attempt to elude a pursuing peace officer in violation of Section 2800.1 and the pursued vehicle is driven in a willful or wanton disregard for the safety of persons or property in violation of Title 36 Code of Federal Regulations § 4.2(b) – CVC 2800.2
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a commissioned Law Enforcement Officer with the National Park Service. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On October 9, 2022, at approximately 2345 hours I received a report from the Yosemite Emergency Communications Center that an unknown subject threatened to kill a reporting party and their husband near the chapel on Southside Drive. It was reported that the unknown subject then left the scene

travelling eastbound on Southside Drive in a black Jeep bearing CA tag number 8POY754. I was on patrol in a marked law enforcement vehicle at Camp 4 in Yosemite National Park.

The black Jeep (CA tag#8POY754) drove westbound past my position near Camp 4 on Northside Drive. I drove onto Northside Drive behind the Jeep. Before I activated my emergency lights or siren, the black Jeep pulled to the right side of the road and stopped near Camp 4 in an out of service shuttle stop. I positioned my patrol vehicle behind the black Jeep and activated my emergency lights.

A male subject later identified as Jonathan SUTCLIFFE opened the driver door and turned his torso to face me while seated in the vehicle. I ordered SUTCLIFFE to show me his hands as I drew my service pistol from its holster. SUTCLIFFE produced his hands but questioned why I was stopping him. I stated that he was being detained because he made threats toward another person. My emergency lights and explicit explanation to SUTCLIFFE that he was being detained constituted a lawful order, which SUTCLIFFE disregarded.

SUTCLIFFE closed the driver door of the vehicle and began driving westbound on Northside Drive at a high rate of speed. I pursued SUTCLIFFE with my emergency lights and siren activated. I observed the vehicle operated by SUTCLIFFE reach speeds of approximately 80MPH. On Northside Drive near the Eagle Creek pull off, SUTCLIFFE performed an emergency braking maneuver from approximately 80MPH to 0MPH. I was forced to take evasive action and brake abruptly in order to not collide with SUTCLIFFE's vehicle. SUTCLIFFE then continued driving westbound at a high rate of speed. I continued to pursue SUTCLIFFE with my emergency lights and siren activated. I observed SUTCLIFFE's vehicle reach speeds of approximately 80-90MPH. Near the Firefall viewing area, SUTCLIFFE was unable to navigate a slight bend in the roadway and his vehicle left the roadway on the south side of the road. The vehicle rolled over onto the driver side and struck a tree.

Northside Drive is a dark, unlit, winding road. Parked vehicles and vehicular traffic are common. Deer and bear are common on and around the roadway. The posted speed limit on Northside Drive in the area where the pursuit occurred is 35MPH.

SUTCLIFFE showed a wanton disregard for the safety of persons when he operated his vehicle at speeds in excess of 80MPH, failed to maintain lane, and operated his vehicle without due regard. SUTCLIFFE disregarded my safety when he braked in a manner that almost caused my vehicle to collide with his. SUTCLIFFE lost control of his vehicle and crashed into a tree, damaging property.

When the large amount of dust that had been kicked up began to settle, I observed SUTCLIFFE outside of the vehicle. SUTCLIFFE was taken into custody.

Contact with the original reporting party was made by Officer CASSLING, who stated that SUTCLIFFE had told two individuals, M.C. and T.C., that he was going to kill them.
SUTCLIFFE was transported to the Fresno County Jail.

Body worn camera footage available from Officers BLADE, RIPPETOE, and CASSLING.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

| | |
|---|---|
| _10/11/2022_____ | /s/ Jacob Blade_____ |
| Date | Ranger: *(Jacob Blade)* |
| | Law Enforcement Park Ranger |
| | Yosemite National Park, CA |

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this 11th day of October, 2022.

| | |
|---|---|
| _10/11/2022 at 8:15 am_____ | HELENA M. BARCH-KUCHTA |
| Date | UNITED STATES MAGISTRATE JUDGE |